UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

22-cr-60101-Singhal/Snow

CASE NO. _____

18 U.S.C. § 1030(a)(2), (c)(2)(B)(i), (i)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

JUAN GUILLERMO GONZALEZ,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

From at least as early as November 2012, through at least in or around September 2019, the exact dates being unknown to the United States Attorney, within the Southern District of Florida, and elsewhere, the defendant,

**JUAN GUILLERMO GONZALEZ,**

did knowingly and willfully aid, abet, counsel, command, induce, and procure non-U.S. persons, that is S.F., R.N., and persons known and unknown to the United States Attorney, to intentionally access a computer without authorization and thereby obtain information from a department and agency of the United States, that is, the Department of the Army, the Missile Defense Agency, the Defense Advanced Research Projects Agency, and the National Aeronautics and Space Administration, for purposes of commercial advantage and private financial gain; in violation of Title 18, United States Code, Sections 1030(a)(2), (c)(2)(B)(i), and 2.

## FORFEITURE
### (18 U.S.C. §§ 982, 1030(i))

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, JUAN GUILLERMO GONZALEZ, has an interest.

2. Upon conviction of the violation of Title 18, United States Code, Section 1030, as alleged in this Information, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1030(i); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to 18 U.S.C. § 1030(i).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1030(i) and the procedures set forth in 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1).

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-60101-Singhal/Snow

UNITED STATES OF AMERICA

v.

JUAN GUILLERMO GONZALEZ,

                     Defendant/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    [ ]
   - II   6 to 10 days   [ ]
   - III  11 to 20 days  [✓]
   - IV   21 to 60 days  [ ]
   - V    61 days and over [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

                                          _/s/ A. Marie Villafaña_
                                          A. MARIE VILLAFAÑA
                                          Assistant United States Attorney
                                          FLA Bar No.  0018255

*Penalty Sheet(s) attached                                                                   REV 3/19/21

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. 22-cr-60101-Singhal/Snow |
| JUAN GUILLERMO GONZALEZ, | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter Zeidenberg, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States Magistrate Judge
*Judge's printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: JUAN GUILLERMO GONZALEZ

Case No.: 22-cr-60101-Singhal/Snow

Count 1:

18 U.S.C. § 1030(a)(2), (c)(2)(B)(i)

Aiding and abetting computer access without authorization

*Max. Penalty: 5 Years' Imprisonment; 3 Years' Supervised Release; Fine of the greater of $250,000 or twice the gross gain or gross loss; $100 special assessment

*Does not include possible restitution or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-cr-60101-Singhal/Snow

### BOND RECOMMENDATION

DEFENDANT: JUAN GUILLERMO GONZALEZ

$100,000 Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: A. MARIE VILLAFAÑA

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (OTHER)