UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-60101-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN GUILLERMO GONZALEZ**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 17]. On June 22, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to the Information [ECF No. 1] pursuant to a written plea agreement and a factual proffer [ECF No. 16]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 17]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Juan Guillermo Gonzalez as to the Information is **ACCEPTED**.

CASE NO. 22-60101-CR-CANNON

3. Defendant Juan Guillermo Gonzalez is adjudicated guilty of the Information, which charges him with knowingly and willfully aiding and abetting others to intentionally access a computer without authorization and therefore obtaining information from departments and agencies of the United States for purposes of commercial advantage and private gain, in violation of 18 U.S.C. § 1030(a)(2), (c)(2)(B)(i), and 18 U.S.C. § 2 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record