UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60101-CANNON

UNITED STATES OF AMERICA

v.

JUAN GUILLERMO GONZALEZ,

Defendant.

## NOTICE OF PARTIAL SATISFACTION OF FORFEITURE MONEY JUDGMENT

Pursuant to the Preliminary Order of Forfeiture, entered on September 8, 2022, ECF No. 32, a forfeiture money judgment in the amount of $1,749,776.80 in United States currency was entered against the Defendant Juan Guillermo Gonzalez. The United States gives notice that $25,000.00 will be applied in PARTIAL satisfaction of the said forfeiture money judgment, leaving a remaining obligation of $1,724,776.80.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     *s/ G. Raemy Charest-Turken*
Gabrielle Raemy Charest-Turken
Assistant United States Attorney
Florida Bar No. 15939
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9365
E-mail: Gabrielle.Charest-Turken@usdoj.gov